UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **KENIA M. CASTILLO,** : | |
| Plaintiff, : | |
| v. : | Civil Action No. 08-3689(FSH) |
| **RAY HERBERT BRIMM, et al.** : | |
|  : | **ORDER ON INFORMAL APPLICATION** |
| Defendants, : | |

This matter having come before the Court by way of application under Local Civ. R. .6.1 for an extension of the deadline to answer, move, or otherwise respond to the Complaint;

and the application reflecting that it was filed after the date to respond had passed and it seeks an extension of more days than permitted by Rule 6.1;

and the parties being advised that any request for an extension of the deadline shall be made via consent order or, if consent cannot be secured, by formal motion;

IT IS THEREFORE ON this 6th day of August, 2008

ORDERED that the application of defendants Brimm and Leach Trucking to extend the deadline to Answer, move or otherwise respond [Docket No. 4] is denied without prejudice to the submission of a consent order embodying the requested extension or, in the absence of consent, a formal motion for the extension.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**